UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------ X

WILLIAM H. BURLINGAME,

                   Plaintiff,

- against -

HEATHER MARTIN and HOME DEPOT U.S.A., INC.,

                   Defendants.

------------------------------------ X

1:22-CV-00024-BKS-CFH

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND/OR ATTORNEY'S FEES TO ANY PARTY**

*Document Filed Electronically*

IT IS AND AGREED, by and between Plaintiff William Burlingame and Defendants Heather Martin and Home Depot U.S.A., Inc., through Defendant's undersigned counsel and Mr. Burlingame, *pro so*, that all claims which were or could have been asserted by Plaintiff William Burlingame in the above-captioned matter against Defendants Heather Martin and Home Depot U.S.A., Inc. are hereby dismissed in their entirety, with prejudice and without costs and/or attorneys' fees to any party as against any other party.

 

*[signature]*
WILLIAM BURLINGAME, Pro Se

Date: September 15, 2022

EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, New Jersey 07102
Attorneys for Defendants

BY: *[signature]*
PATRICK G. BRADY

Date: September 16, 2022

IT IS SO ORDERED:

*[signature]*
Brenda K. Sannes
Chief U.S. District Judge

Dated: September 21, 2022
Syracuse, NY

FIRM:56677900v1